RECEIVED
IN LAKE CHARLES, LA
DEC - 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RANDY ALSTON and KAREN ALSTON | : | CIVIL ACTION NO. 2:04cv 1296 |
| VERSUS | : | JUDGE MINALDI |
| FLEETWOOD ENTERPRISES, INC. | : | MAG. JUDGE WILSON |

## JUDGMENT

This case came for trial on November 17, 2005 before Honorable Patricia H. Minaldi, United States District Judge. Present: J. Jay Bice and J. Rock Palermo, III, attorneys for plaintiffs, Randy and Karen Alston and Robert E. Landry, attorney for defendant, Fleetwood Motor Homes of Indiana, Inc. After considering the pleadings, evidence, and argument of counsel, and for the reasons orally assigned, the Court ruled as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED THAT** there be judgment in favor of plaintiffs, Randy and Karen Alston and against defendant, Fleetwood Motor Homes of Indiana, Inc., rescinding the sale of the 2002 Fleetwood Discovery motor home.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** defendant is ordered to return the purchase price of the motor home in the amount of ONE HUNDRED THIRTY THOUSAND, NINETY FOUR DOLLARS AND 00/100 ($130,094.00), together with interest thereon from the time the purchase price was paid in the amount of TWENTY- THREE THOUSAND ONE HUNDRED THIRTY-THREE DOLLARS AND 97/00 ($23,133.97) as of October 31, 2005, with interest on the purchase price accruing thereafter in the amount of 5.85% until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** defendant reimburse plaintiffs' insurance costs in the amount of THREE THOUSAND TWO HUNDRED FIVE DOLLARS AND 00/100 ($3,205.00).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** plaintiffs are awarded damages for mental anguish in the amount of TWENTY-FIVE THOUSAND DOLLARS AND 00/100 ($25,000.00) with legal interest thereon from date of judicial demand until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** defendant is not entitled to a credit for the use of the motor home by plaintiffs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** defendant be assessed with attorney fees in the amount of $ 36,287.00 .

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** the expert fees of Brian Battles be fixed at $ 40.00 .

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** defendant be assessed with be assessed with all costs of these proceedings.

JUDGMENT RENDERED AND SIGNED at Lake Charles, Louisiana, this 2 day of December, 2005.

HONORABLE PATRICIA H. MINALDI