



RECEIVED
IN LAKE CHARLES, LA

APR - 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RANDY ALSTON AND KAREN ALSTON** | : | **DOCKET NO. 2:04 CV 1296** |
| VS. | : | **JUDGE MINALDI** |
| **FLEETWOOD ENTERPRISES, INC.** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

The judgment of the court having been vacated as to the award of attorney's fees and upon remand,

IT IS ORDERED that the plaintiffs shall have 20 calendar days from the docketing of this order to render a detailed accounting of fees to the court. The defendant shall have 15 calendar days thereafter to traverse that accounting.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT